UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CONNIE JOHNSON et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. CV414-144 |
| | ) | |
| NAVIKA CAPITAL GROUP, LLC et al., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Michael J. Sheppeard of the law firm of Ballon Stoll Bader & Nadler, P.C., 729 Seventh Avenue, Floor 17, New York, New York 10019, for permission to appear pro hac vice on behalf of defendants Navika Capital Group, LLC et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Michael J. Sheppeard as counsel of record for defendants Navika Capital Group, LLC et al., in this case.

**SO ORDERED** this __15th__ day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA