UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTONIO PROCTOR, WANDA )
RIVERA, and MARSHA WHITE, )
)
    Plaintiffs, )
)
v. ) CASE NO. 4:14CV-144
)
NAVIKA CAPITAL GROUP, LLC, )
NAVKA, LLC, and NAVEEN C. SHAH, )
)
    Defendants. )

## ORDER

The Court has considered the Notice of Dismissal filed by the plaintiff, Connie Johnson in this case. A review of the record shows that no answers have been filed.

**THEREFORE, IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice as to plaintiff, Connie Johnson only.

**SO ORDERED** this 23 day of March, 2015.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia