# United States District Court
## *Southern District of Georgia*

Antonio Proctor, et al.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-144,

Navka, LLC, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 4/20/15, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.

4/20/15
*Date*



Scott L. Poff
Clerk

(By) Deputy Clerk