UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

No. 15-12165

District Court Docket No.
4:14-cv-00144-BAE-GRS

CONNIE JOHNSON,

               Plaintiff,

ANTONIO PROCTOR,
WANDA RIVERA,
MARISHA WHITE,

               Plaintiffs - Appellants,

versus

NAVKA, LLC,
NAVIKA CAPITAL GROUP, LLC,
NAVEEN C. SHAH,

               Defendants - Appellees.

Appeal from the United States District Court for the
Southern District of Georgia

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 22, 2015
For the Court: AMY C. NERENBERG, Acting Clerk of Court
By: Jeff R. Patch

**ISSUED AS MANDATE 01/06/2016**

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 06, 2016

Scott L. Poff
U.S. District Court
125 BULL ST
PO BOX 8286
SAVANNAH, GA 31402

Appeal Number: 15-12165-BB
Case Style: Antonio Proctor, et al v. Navka, LLC, et al
District Court Docket No: 4:14-cv-00144-BAE-GRS

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate